

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00353-CR
No. 10-21-00354-CR
No. 10-21-00355-CR

## IN RE DAVID WESLEY COWDEN

**Original Proceedings**

**From the 413th District Court
and County Court at Law No. 2
Johnson County, Texas
Trial Court Nos. DC-U202100133,
M202100550, and M202100556**

## MEMORANDUM OPINION

David Wesley Cowden has filed an "Application for Writ of Mandamus" in which he requests that this Court direct the trial court judges in his pending criminal causes to hold a hearing and then act on his *pro se* motions to dismiss. Cowden, however, represents that he has appointed counsel for "all his charges." Therefore, the trial court is not required to consider and rule on his *pro se* motions. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007) ("[A] defendant has no right to hybrid representation. . .

. [A]s a consequence, a trial court is free to disregard any *pro se* motions presented by a defendant who is represented by counsel.").

Cowden's "Application for Writ of Mandamus" is therefore denied. Cowden's "Motion for Leave to File Writ of Mandamus" is dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed January 5, 2022
Do not publish
[OT06]

